IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

United States of America vs. PETER F. CAVADA                              Criminal Action No. 05-cr-00511-WYD-01

**Petition for Early Termination of Supervised Release**

      COMES NOW, Robert W. Ford, probation officer of the court, presenting an official report upon the conduct and attitude of PETER F. CAVADA, who was placed on supervision by the Honorable Donald L. Graham sitting in the court at Miami, Florida, on the 31st day of January, 2003, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer.

2. The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer.  Further, the defendant shall provide documentation, including but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and any other documents requested by the U.S. Probation Officer.

3. The defendant shall pay a fine of $5,000.00, in addition to total assessments of $600.00.

**On November 30, 2005, jurisdiction was transferred from the Southern District of Florida to the District of Colorado.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER:    (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

      Respectfully,

s/ Robert W. Ford
Robert W. Ford
U.S. Probation Officer
Place: Colorado Springs
Date: May 26, 2006

**ORDER OF THE COURT**

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States.  It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release.  It is further ordered that this petition and order be filed and made a part of the record in the above case.

      DATED at Denver, Colorado, this 25th day of <u>May</u>, 2006.

s/ Wiley Y. Daniel
Wiley Y. Daniel

United States District Judge