**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00511-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

PETER F. CAVADA,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       The probation officer submitted a petition for early termination of supervised release in this case.  On May 25, 2006, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on May 25, 2006, and the United States has not objected to the proposed relief. Accordingly, it is

       **ORDERED** that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       **DATED** at Denver, Colorado, this 13th day July, 2006.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              United States District Judge